DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## SMITH v. JONES

No. 424P86.

Case below: 81 N.C. App. 129.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## STANCIL v. BRUCE STANCIL REFRIGERATION, INC.

No. 489P86.

Case below: 81 N.C. App. 567.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## STATE v. COLLINS

No. 460A86.

Case below: 81 N.C. App. 346.

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1986.

## STATE v. HASKINS

No. 517P86.

Case below: 81 N.C. App. 680.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1986.

## STATE v. McEACHERN

No. 494P86.

Case below: 81 N.C. App. 680.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.